**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: June 6, 2025

Case #: 3:25-cr-00106-VDO    Dft #: _____

Honorable Judge: Vernon D. Oliver

**UNITED STATES OF AMERICA**

Vs.

Ryan Squillante

Deputy Clerk: Jessalyn Samson

AUSA: Heather Cherry

Counsel for Defendant: Brian Spears

☒ Retained  ☐ CJA  ☐ FPD

Start Time: 10:07   End Time: 11:10

Recess (if more than ½ hr) _____ to _____

USPO: _____

Reporter/ECRO/FTR: Corinne Thomas

Interpreter: _____   Language: _____

Total Time: 1 hours 3 minutes

Hearing held ☒ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ☐ Arraignment ____ |
| ☐ Motion ____ | ☐ Bond ____ | ☒ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐ Self surrender Date_____
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☒ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☒ Waiver of Indictment (case opening) |
| ☒ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of ☐ NOT guilty ☒ guilty ☐ nolo contendere; As to counts 1 of the Information

Plea agreement letter ☒ filed ☐ under seal ☐ to be filed

☐ Petition to enter guilty plea filed

**SENTENCING**

☒ Sentencing set for 08/29/25 at 10:00 AM
☒ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted    ☐Denied       ☐Advisement
_____ hearing set for _____ ;  continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied  ☐Advisement
☐ Order of detention filed
☒ Bond set at $_____   ☐ reduced to $_____ ;  ☐Non-surety   ☐Surety     ☒Personal recognizance
☐ Bond  ☐revoked   ☐reinstated   ☐continued   ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☒ Motion for _Release Pending Sentencing_ filed by☐ USA ☒defendant, ☒granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

**NOTES**
Defendant sworn in _____
_____
_____
_____